IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH & HAWKEN, LTD., | No. C 04-1664 SBA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GARDENDANCE, INC., et al., | |
| Defendants. | |

_____

In accordance with the Court's Order granting Plaintiff's Motion for Summary Judgment [Docket No. 76],

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiff. All matters calendared in this action are VACATED. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.


Dated: 7-29-05                                              SAUNDRA BROWN ARMSTRONG
                                                                         United States District Judge