**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMITH & HAWKEN, LTD., | No. C 04-1664 SBA (MEJ) |
| Plaintiff(s), | **NOTICE OF REFERENCE** |
| vs. | |
| GARDENDANCE, INC., et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James for a report and recommendation on Plaintiff's Motion for Prevailing Party Attorney's Fees and an Order of Sanctions Against Defendants. As the matter is fully briefed, the Court shall conduct a hearing on December 1, 2005 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: November 8, 2005

MARIA-ELENA JAMES
United States Magistrate Judge